IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

THOMAS FRITCH                                                                    PLAINTIFF

         v.                              Civil No. 5:21-cv-05156

DR. ROBERT KARAS                                                              DEFENDANT

## ORDER

Defendant has filed a Motion to Compel answers to discovery requests (ECF No. 18). Defendant states he propounded his second requests for production to the Plaintiff on November 19, 2021, which included medical authorizations.  To date, Defendant states he has not received Plaintiff's responses or any communication from the Plaintiff regarding his responses.  Plaintiff has not responded to the Motion to Compel.

Plaintiff has asserted a denial of medical care claim.  He contends he was given a medication, Ivermectin, not meant to treat COVID-19.  As a result, he alleges suffering severe pain in his upper arms and shoulders.  Plaintiff also asserts that he is HIV positive and in delicate health.  Plaintiff has put his medical condition at issue in this case.  It is therefore necessary for the Defendant to be able to obtain his medical records.  Signed medical authorizations are necessary to obtain these records.

Under the Federal Rules of Civil Procedure, Plaintiff had thirty (30) days to respond to the discovery requests.  Fed. R. Civ. P. 33(b)(3) & 34(b).  Plaintiff did not request an extension of time to respond to the discovery requests.  Therefore, Plaintiff has failed to respond in the time provided by law.

Accordingly, Defendant's motion to compel (ECF No. 18) is **GRANTED**.  Plaintiff is directed to provide Defendant with the required responses to the discovery requests **by 5:00 p.m. on April 11, 2022.  If Plaintiff fails to provide the discovery responses, Defendant should**

**notify the Court by filing a motion to dismiss.  Plaintiff is advised that failure to comply with**

**an order of Court shall subject this case to summary dismissal.**

IT IS SO ORDERED this 21st day of March 2022.


*Christy Comstock*

CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE