UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

THOMAS FRITCH                                                                PLAINTIFF

v.                          Case No. 5:21-cv-05156-TLB

DR. ROBERT KARAS, M.D.                                                       DEFENDANT

## ORDER CONSOLIDATING CASES

Plaintiff Thomas Fritch moves to consolidate the above-captioned case with *Floreal-Wooten v. Washington County Detention Center*, Case No. 5:22-cv-05011-TLB (the "Wooten" matter) for all purposes. *See* Doc. 25. Defendant, Dr. Robert Karas, appearing in his personal and official capacities, does not object. *See* Doc. 29.

Federal Rule of Civil Procedure 42(a) allows consolidation of actions involving "common question[s] of law or fact." Fed. R. Civ. P. 42(a). Whether to consolidate such actions is vested in the court's discretion. *Enter. Bank v. Saettele*, 21 F.3d 233, 235 (8th Cir. 1994).

Plaintiff argues both his and the Wooten claims arise "out of similar issues of fact, separated only by the date of the alleged violation, as well as the same conduct, policies, and procedures of Defendant" and "such factual issues will implicate the same or similar legal issues for the Court to analyze, and both matters are brought against a common Defendant." (Doc. 26, p. 2). The Court agrees. Consolidation is appropriate. Plaintiff's motion is **GRANTED**.

**IT IS SO ORDERED** on this 16th day of June, 2022.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE